UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL ANGEL RAMIREZ NOA,<br><br>Petitioner,<br><br>v.<br><br>NORTHWEST ICE PROCESSING CENTER,<br><br>Respondents. | CASE NO. 2:26-cv-04237-TL<br><br>ORDER DISMISSING PETITION |

On November 20, 2026, while this case was pending, the Court granted Petitioner's duplicate petition for writ of habeas corpus and ordered Petitioner's release from detention. *See* Order on Petition for Writ of Habeas Corpus, No. C26-4503, (W.D. Wash. Nov. 20, 2026), Dkt. No. 7. Generally, a habeas petition is moot where: (1) the petitioner has been released from detention; and (2) there are no "collateral consequences" from the detention that can be addressed by adjudicating the merits of the petition. *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007).

Here, Petitioner requests his immediate release. Dkt. No. 4 at 7. Given that Petitioner has already been ordered released, the instant petition is moot.

Accordingly, Petitioner's petition (Dkt. No. 4) is DISMISSED.

Dated this 20th day of November 2026.

Tana Lin
United States District Judge